Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**November 21, 2014**

Name of Offender: **Cornell Duquanex Anderson**

Case Number: **2:09CR00080**

Name of Sentencing Judicial Officer: **Honorable Roger L. Hunt**

Date of Original Sentence: **October 1, 2009**

Original Offense: **Bank Fraud, Aiding and Abetting, Aggravated Identity Theft and Money Laundering**

Original Sentence: **A total of 75 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **September 26, 2014**

## PETITIONING THE COURT

1. **Community Service** - You shall complete 40 hours of community service work, to be completed by April 1, 2015, as approved and directed by the probation officer.

## CAUSE

On November 20, 2014, Anderson submitted to a Breathalyzer at our contracted vendor site, which registered a breath alcohol content of .039% and .035%, respectively. Anderson admitted to having a couple of drinks for his birthday, in violation of his drug treatment condition that prohibits the use of intoxicants while participating in treatment. The conditions of treatment were reviewed with Anderson. As a sanction for this violation it is respectfully requested that Your Honor modify Anderson's release conditions to include 40 hours of community service work, to be completed by April 1, 2015. After being advised of his right to a hearing and counsel, Anderson agreed to the modification and signed a waiver to modify his conditions accordingly. The offender was informed that further violation will result in harsher sanctions.

RE: Cornell Duquanex Anderson

Prob12B
D/NV Form
Rev. June 2014

                                        Respectfully submitted,

                                        Henry Stegman
                                        2014.11.21
                                        13:59:17 -08'00'

                                    Henry Stegman
                                    Senior United States Probation Officer

Approved:

Todd J. Fredlund
2014.11.21 13:09:15
-08'00'

Todd J. Fredlund
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

☐    No Action.

☐    The extension of supervision as noted above.

☑    The modification of conditions as noted above

☐    Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

                                        Signature of Judicial Officer

                                        November 24, 2014
                                        Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Community Service - You shall complete 40 hours of community service work, to be completed by April 1, 2015 as approved and directed by the probation officer.

Witness _____       Signed _____
U.S. Probation Officer                                Probationer or Supervised Releasee

___11-21-14___
Date