RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ERIN GETTEL
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Erin_gettel@fd.org

Attorney for Cornell Anderson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORNELL ANDERSON,<br><br>Defendant. | Case No. 2:09-cr-080-GMN-LRL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Erin Gettel, Assistant Federal Public Defender, counsel for Cornell Anderson, that the Revocation Hearing currently scheduled on May 8, 2018 at 11:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Additional time is needed to investigate and prepare for the hearing and to determine whether a resolution can be reached.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The supervision Probation Officer has been consulted and agrees to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 2nd day of May, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>ERIN GETTEL<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-080-GMN-LRL |
| Plaintiff, | **ORDER** |
| v. | |
| CORNELL ANDERSON, | |
| Defendant. | |

ORDER

IT IS HEREBY ORDERED, based upon the representations of the parties and the record in this matter, and good cause appearing therefore, that the revocation hearing currently scheduled for Tuesday, May 8, 2018 at 11:00 a.m., be vacated and continued to Thursday, May 24, 2018, at 9:00 a.m. in Las Vegas Courtroom 7D before Chief Judge Gloria M. Navarro

IT IS SO ORDERED.

DATED this __3__ day of May, 2018.

_____
CHIEF JUDGE
UNITED STATES DISTRICT COURT