# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CORNELL DUQUANEX ANDERSON, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:09-cr-00080-GMN-LRL <br><br> **ORDER** |

Pending before the Court is Defendant Cornell Anderson's ("Defendant's") Sealed Ex Parte Motion for Payment of Travel Expenses, (ECF No. 41), and Sealed Motion for Leave to File the Motion for Payment of Travel Expenses, (ECF No. 42).

For good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's Motion for Leave to File, (ECF No. 42), is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Ex Parte Motion for Payment of Travel Expenses, (ECF No. 41), is **GRANTED**.

The Marshal's Service shall furnish Defendant's subsistence expenses and reimburse his one-way travel from Sacramento, California to Las Vegas, Nevada for his revocation hearing on May 24, 2018. *See* 18 U.S.C. § 4285. Defendant will be required to save all receipts for reimbursement from the Marshal's Service.

**DATED** this __17__ day of May, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Judge

Page 1 of 1