1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   ERIN GETTEL
3  Assistant Federal Public Defender
   Nevada State Bar No. 13877
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Erin_gettel@fd.org

7  Attorney for Cornell Anderson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORNELL ANDERSON,<br><br>　　　　　Defendant. | Case No. 2:09-cr-00080-GMN-LRL<br><br>**Unopposed Motion to Unseal Addendum [ECF No. 45] to Petition [ECF No. 26]** |

Undersigned is currently preparing the opening brief for Cornell Anderson's appeal of this Court's June 14, 2018, judgment revoking Mr. Anderson's supervised release. ECF Nos. 50, 51. At the May 24, 2018, revocation hearing, the parties neglected to request that this Court unseal the addendum to the petition to revoke Mr. Anderson's supervised release. Mr. Anderson respectfully moves this Court for an order to unseal the addendum. Undersigned has conferred with government counsel, and the government does not oppose this request.

DATED this 28th day of August, 2018.

                                            RENE L. VALLADARES  
                                            Federal Public Defender

                                   By:   */s/ Erin Gettel*  
                                            ERIN GETTEL  
                                            Assistant Federal Public Defender

**IT IS SO ORDERED**.

**DATED** this \_\_4\_\_ day of September, 2018.

_____  
Gloria M. Navarro, Chief Judge  
United States District Court

2