# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:09-cr-80-GMN-LRL |
| vs. | ) | |
| | ) | |
| CORNELL DUQUANEX ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR RELEASE/DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court,

IT IS HEREBY ORDERED that counsel shall have until 4:00 PM on **July 7, 2022,** to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If exhibits are not retrieved by counsel prior to **July 7, 2022**, the Clerk is authorized to destroy said exhibits on **July 14, 2022**.

**DATED** this ___6___ day of _____June_____, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court

Plaintiff's Exhibits received by: _____

Defendant's Exhibits received by:_____

**PLEASE PRINT NAME**:_____Date:_____